# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 1 2013

CLERK, U.S. DISTRICT C
By _____
Deputy

## Report on Offender Under Supervision - No Court Action Recommended

Name of Offender: Anthony Lawan Thomas          Case No.: 4:04-CR-009-A(01)

Name of Sentencing Judicial Officer: U.S. District Judge John McBryde

Date of Original Sentence: December 2, 2004

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 96 months custody, 3-year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 31, 2011

Assistant U.S. Attorney: Christopher Wolfe          Defense Attorney: Jeneatte Mercado
                                                                      (Court appointed)

## Notification To The Court For Cause As Follows:

The probation officer believes that the offender has violated the following condition which requires official notification although no Court action is being recommended at this time.

### I.

**Violation of Mandatory Condition**

The defendant shall not commit another federal, state, or local crime.

**Nature of Noncompliance**

On April 10, 2013, in Fort Worth, Texas, Anthony Lawan Thomas violated this condition of supervised release when he assaulted Quarreidra Cooke by punching her in the face with a closed fist, as evidenced by his arrest by Fort Worth, Texas, police for Assault Causing Bodily Injury, in violation of Texas Penal Code § 22.01(A)(1), a Class A misdemeanor. On April 11, 2013, Mr. Thomas posted bond and was released from the Tarrant County jail. On April 24, 2013, the charge was No Billed by the Grand Jury in case no. 1322060 in the Criminal District Court No. 1, Tarrant County, Texas.

On April 17 and 19, 2013, Mr. Thomas was questioned about the assault by Senior U.S. Probation Officer Richey James. Mr. Thomas adamantly denied initiating the assault. Instead, Mr. Thomas reported that he was the victim, as he was struck in the face by Ms. Cooke after she became jealous and accused him of "cheating." Further, Mr. Thomas reported that he attempted to stop a fight that broke out between Ms. Cooke and another adult female, Kearra Carter, at the scene. Ms. Cooke has submitted an affidavit to the Tarrant County District Attorney's Office dated April 14, 2013, recanting her version of the assault told to police. In the affidavit, Ms. Cooke reported being the perpetrator of the assault and admitted punching Mr. Thomas in the nose.

Anthony Lawan Thomas
Report on Offender Under Supervision - No Court Action Recommended

As detailed in the offense report, Ms. Cooke also alleged that Mr. Thomas was a drug dealer and earned $1,500 per day from the sale of narcotics. When questioned by Senior USPO James, Mr. Thomas denied the allegations. At the time of his arrest, Fort Worth police confiscated $2,100 cash from Mr. Thomas.

Upon resolution of the pending charge, the Court will be notified and an appropriate recommendation for Court action will be submitted. In the interim, the probation office will continue to monitor Mr. Thomas' compliance with supervision.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on April 29, 2013

Richey J. James
Senior U.S. Probation Officer
Arlington, Texas
817-505-0996
Fax: 817-649-5954

Approved,

Rollin Morris
Supervising U.S. Probation Officer
817-505-0998

---

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

John McBryde
U.S. District Judge

Date May 1, 2013

RJJ